IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-00604-LTB

CHARLES HIPPS,
ANTOINE BRUCE,
MICHAEL BACOTE, and
JEREMY PINSON,

    Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,
P. KLEIN,
S. KUTA, and
D. BERKEBILE,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 18 day of April, 2013.

                                 FOR THE COURT,

                                 JEFFREY P. COLWELL, Clerk

                                 By: s/L. Gianelli
                                      Deputy Clerk